ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Kane Kessler P.C.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081407 | $42,914.01 | 12/12/2019 | 124893-4 | 10/8/2019 | $313.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081407 | $42,914.01 | 12/12/2019 | 124893-3 | 10/8/2019 | $3,389.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081407 | $42,914.01 | 12/12/2019 | 124893-2 | 10/8/2019 | $11,560.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081407 | $42,914.01 | 12/12/2019 | 124893-1 | 10/8/2019 | $1,376.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081407 | $42,914.01 | 12/12/2019 | 124511-3 | 9/13/2019 | $5,085.22 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081407 | $42,914.01 | 12/12/2019 | 124511-2 | 9/13/2019 | $21,189.24 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281R | $3,010.20 | 12/5/2019 | 124511-1 | 9/13/2019 | $3,010.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080537 | $41,467.60 | 10/10/2019 | 123371-3 | 8/9/2019 | $7,000.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080537 | $41,467.60 | 10/10/2019 | 123371-2 | 8/9/2019 | $30,715.73 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080537 | $41,467.60 | 10/10/2019 | 123371-1 | 8/9/2019 | $3,751.00 |

**Totals:**     **3 transfer(s),**    **$87,391.81**

Kane Kessler P.C. (2266297)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021        Exhibit A        P. 1